# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2016

Robert P. Young, Jr.,
Chief Justice

152492-3(62)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TITAN INSURANCE COMPANY,
   Plaintiff-Appellee,

v

AMERICAN COUNTRY INSURANCE
COMPANY,
   Defendant-Appellant,
and

SAFE ARRIVAL TRANSPORTATION and
SHONNISE WOODS,
   Defendants.

SC: 152492
COA: 319342
Wayne CC: 12-014301-NF

_____/

BRONSON METHODIST HOSPITAL,
   Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
   Defendant-Appellee,
and

AMERICAN COUNTRY INSURANCE
COMPANY,
   Defendant-Appellant.

SC: 152493
COA: 321598
Kalamazoo CC: 2013-000463-AV

_____/

   On order of the Court, the motion for reconsideration of this Court's May 27, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2016



Clerk

p0829